**GIBBS & FUERST** LLP
600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, Bar No. 076519
Mgibbs@gibbsandfuerst.com
Steven A. Tisi, Bar No. 169006
Stisi@gibbsandfuerst.com

Attorneys for Defendants CITY OF CALEXICO and CALEXICO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN JAMES FARIAS an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF CALEXICO, a municipal entity; CALEXICO POLICE DEPARTMENT; JAMES LEE NEUHAHR, an individual, MARIO ALCARAZ, an individual, and DOES 1 through 10, Inclusive,<br><br>        Defendants. | No.  '11 CV0144 L NLS<br><br>**AMENDED PROOF OF SERVICE**<br><br>**Complaint filed January 24, 2011** |

///
///
///
///
///
///
///

31817                                    1

PROOF OF SERVICE

Ian James Farias v. City of Calexico, et al.
United States District Court, Southern District of California Case No. '11 CV0144 L NLS

**PROOF OF SERVICE**

I, MICHAEL T. GIBBS, caused the attorney(s) (registered filing users) on the service list herein to be served via the Court's electronic filing system per Local Rule 5-3.2.

On February 15, 2011, I served the following documents described as follows:

**ANSWER OF DEFENDANTS CITY OF CALEXICO AND CALEXICO POLICE DEPARTMENT TO COMPLAINT FOR DAMAGES**

Parties Served:

Jason A. Davis, Esq.
Jason@calgunlawyers.com            Attorney for Plaintiff IAN JAMES FARIAS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15, 2011, at San Diego, California.


                                            /s/ Michael T. Gibbs

31817                                2
PROOF OF SERVICE