UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian James Farias, | ) Civil No. 11cv144 PCL |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING MOTION TO DISMISS** |
| CITY OF CALEXICO et al., | ) (Doc. 29.) |
| Defendants. | ) |

In accordance with the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff requests that this action be dismissed with prejudice. (Doc. No. 29.) The request is GRANTED.

IT IS ORDERED that this entire action is dismissed with prejudice. The Clerk of the Court is ORDERED to close the case.

IT IS SO ORDERED.

DATED: May 1, 2012

Peter C. Lewis
U.S. Magistrate Judge
United States District Court